S. J. Beaulieu, Jr., Chapter 13 Trustee
(504)831 ____

433 Metairie Road, Suite307
Metairie, A   70005

Debtor(s): ____ *Currie*

Attorney: ____ *Deleo*

Case No. _08-11430_

Date: _7-17-08_

| The following Deficiencies have been found in this case: |
| --- |

1.) Objection to Exemptions: ☐ MV doe not work ☐ No ownership interest in: ☐ MV
☐ Vehicle/Homestead Exemption Excessive
☐ Other ____

2.) Priority Claims: ☐ Case involves a Domestic Support Obligations (DSO)
☐ Taxes owed   ☐ Personal Injury debt   ☐ Student Loan   ☐ Debt due on Retirement Account
☐ Please provide   ☐ Full name, address and telephone number of claim holder and state
support agency for DSO and ☐ Copy of judgment for DSO ☐ ____

3.) The following additional information/document(s) are required:
☐ Broker's Price Opinion (BPO)on: ☐ Debtor's residence  ☐ Other ____
☐ Credit counseling Certificate (Form 23) and Repayment Plan or Exemption Certificate (§ 521(b))
☐ Notice to Consumer Debtor(s) required by § 342(b) (Form B 201) ☐ Ch.13 Stmt of Current Monthly
Inc. and Disposable Inc. (Form B22C)
☒ Mandatory Notice required by: ☐ § 527(a)(2)  ☐ § 527(b)
☒ To avoid a MTD, 60 days pay advices needed (& days before MOC) for ☐ Debtor ☐ Spouse
☐ ____
☐ To avoid a MTD, debtor must provide (7 days before MOC) Tax Return(s) (or transcripts) for the
tax year: ☐ 2006  ☐ 2007        (Tax Returns Only are E-mailed to: (taxreturnsonly@ch13no.com)
☒ Debtor(s) must certify the filing of all tax returns for the 4 years preceding the case
☐ Need Employment information and Income/Expense itemization on Non-Filing Spouse.
☐ Schedule I & J  ☐ including statement of anticipant increase/decrease in income  ☐ Other:
☐ Declaration by Non-Attorney Bankruptcy Preparer (Form B 1 9A&B)
☐ Debtor in business/Self-Employed:
Debtor must provide:  ☐ Statement of Affairs  ☐ Balance Sheet  ☐ Profit & Loss  ☐ Business Budget
☐ Tax Returns for: ____

☐ Documentation of Monthly expenses claimed for: ☐ Charitable Contributions of $ ____
☐ Medical Expenses of $ ____    ☐ Other: ____
☐ Debtor must provide evidence of payment amounts and dates of payments to: ____

☐ Fixed Fee Agreement ____

4.) Chapter 13 Plan:
☐ Needs Liquidation Analysis      ☐ Fails liquidation test: ____
☐ Applicable Commitment period is 60 months: ☐ Debtor's plan is for: ____ months.
☐ Plan is unfeasible: ☐ Insufficient Income to fund the plan:
☐ Income: ☐ overstated  ☐ understated
☐ Expenses: ☐ overstated  ☐ understated
☐ Expenses Exceed Income:☐ ____
☐ Tuition paid  ☐ Retirement paid  ☐ Permo's exceed Plan Pmt
☐ Expenses are excessive:       ☐ Mortgage Pmt >40% gross
☐ Must state collateral value for each secured creditor
☐ Must assume/reject executory contract(s) or unexpired lease.
☐ ____
☐ ____
☐ ____
☐ ____
☐ ____
☐ ____

The deadline to Respond to the Deficiencies is _7·27·08_
Draft: 02-11-08 Form 3 notice of Deficiency

Certificate of Service
I hereby certify that a copy of the foregoing
pleading was mailed this date to all parties of
interest herein, Including:

Debtor____ Atty____

Creditor____ Employer____
S J Beaulieu Jr. Trustee

By: ____ Date_7-17-08_

- 17 -