# United States Bankruptcy Court
## Eastern District of Louisiana

In re:                                                                Chapter 13

PATRICIA CURRIE                                           Case #08-11430

Section A

---

**TRUSTEE'S MEMO TO RECORD**

---

At the §341 Meeting of Creditors held today in this case, S. J. Beaulieu, Jr., Chapter 13 Trustee, presiding, the following determinations were made:

Debtor 1   [✓] ID provided    [✓] SSN verified    [ ] Other _____    [ ] not present
Debtor 2   [ ] ID provided    [ ] SSN verified    [ ] Other _____    [ ] not present
Form 2016   [✓] provided    [ ] not provided    [ ] non-atty assistance _____
Attorney   [✓] present    [ ] not present    ROBIN R DELEO
[✓] Meeting held    [ ] Meeting not held because _____
[ ] Meeting continued to _____ at _____
[ ] Motion to Dismiss, reason: _____
[ ] Plan is confirmable;    7.00% to unsecured creditors, 60 months
[✓] Trustee objects to confirmation    [ ] case converted to Chapter _____
                                        [ ] case dismissed

THE TRUSTEE REQUIRES THE FOLLOWING BEFORE RECOMMENDING CONFIRMATION:

[ ] Proof of income _____           [ ] Asset valuation _____
[ ] Tax return _____                 [ ] Info on succession interest _____
[ ] Info on exemptions _____         [ ] Info on expenses:
                                              [ ] charitable contributions
                                              [ ] medical expenses
                                              [ ] other _____
[✓] other need succession info _____

New Orleans, Aug 13, 2008.

*S. J. Beaulieu, Jr.*
S. J. Beaulieu, Jr.
Chapter 13 Trustee

-36-