# United States Bankruptcy Court
## Eastern District of Louisiana

In re:

PATRICIA CURRIE

630-6 N BEAU CHENE DR
MANDEVILLE LA 70471

Chapter 13

Case #08-11430

Section A

## TRUSTEE'S OBJECTION TO CONFIRMATION

*Now into Court* comes S. J. Beaulieu, Jr., Chapter 13 Trustee, who, regarding a hearing on confirmation of this case set for Sep 09, 2008 at 11:30 AM, recommends that the Court deny confirmation for the following reason or reasons:

Need info on succession

S. J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for Debtor:

ROBIN R DELEO

800 RAMON ST
MANDEVILLE LA 70448

### Certificate of Service

I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor ✓ Atty ____

Creditor ____ Employer ____

S J Beaulieu, Jr. Trustee

By: ____ Date AUG 19 2008

-17-