# United States Bankruptcy Court
## Eastern District of Louisiana

In re:  
PATRICIA CURRIE

630-6 N BEAU CHENE DR  
MANDEVILLE LA  70471

Chapter 13

Case #08-11430

Section A

---

### TRUSTEE'S OBJECTION TO CONFIRMATION

*Now into Court* comes S. J. Beaulieu, Jr., Chapter 13 Trustee, who, regarding a hearing on confirmation of this case set for Sep 23, 2008 at 11:30 AM, recommends that the Court deny confirmation for the following reason or reasons:

Plan doesn't pay trustee liquidation of $17,020.41

S. J. Beaulieu, Jr.  
Chapter 13 Trustee

Attorney for Debtor:

ROBIN R DELEO

800 RAMON ST  
MANDEVILLE LA  70448

**Certificate of Service**

I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor ✓    Atty _____

Creditor _____    Employer _____

S J Beaulieu, Jr. Trustee

By: _____    Date 9/18/08