UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **PATRICIA CURRIE** | 08-11430 "A" |
| DEBTOR | CHAPTER 13 |

### ORDER OF CONFIRMATION

Confirmation Hearing on Debtor's Plan of Reorganization filed on July 3, 2008, as modified by Amendment filed on September 23, 2008, was held on the 23rd day of September, 2008.

Present at the hearing:

Robin R. DeLeo, Counsel for Debtor; and
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

Objection to Confirmation having been filed by the Chapter 13 Trustee;

The Court having considered the merits of the Plan, the modifications as proposed by the Debtor in the Amended Plan, the Objection filed, as well as the arguments of counsel, the evidence, stipulations and representations made by each in open court;

**IT IS ORDERED** that the Debtor's Plan of Reorganization filed on July 3, 2008, as modified by Amendment filed on September 23, 2008 is **CONFIRMED.**

**IT IS FURTHER ORDERED** that,

1. The Debtor shall make payments to the Trustee and to any other parties in the amounts and under the terms as specified in the Plan.

2. All proceeds for the sale of property, proceeds from lawsuits or settlements; or tax refunds payable to Debtor shall be turned over to the Trustee for administration.

3. Debtor shall provide to the Trustee, at least every six (6) months until the case is closed, a report on the status of any pending or potential lawsuit in which the Debtor is or may be a plaintiff.

4. All Objections to Confirmation are **DENIED**, or, on oral Motion, were **Withdrawn**.

New Orleans, Louisiana, September 25, 2008.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge