UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| | : | |
| PATRICIA CURRIE | | |
| | | CASE NO: 08-11430 |
| | : | |
| | : | JUDGE: EWM |
| Debtors. | : | |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, JEFFERSON CAPITAL SYSTEMS LLC, on behalf of FOURSCORE RESOURCE CAPITAL LLC and, pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 10/08//2008, in the amount of $11723.68.

JEFFERSON CAPITAL SYSTEMS LLC, on behalf of FOURSCORE RESOURCE CAPITAL LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

Based on prescription.

This __03rd_____ day of _____November_____, 2008.

JEFFERSON CAPITAL SYSTEMS LLC

By: __/s/ Amy Payment____
    Amy Payment, Bankruptcy Manager

JEFFERSON CAPITAL SYSTEMS LLC
Assignee for FOURSCORE RESOURCE CAPITAL LLC
16 McLeland Road
ST. CLOUD, MINNESOTA 56303
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | PATRICIA CURRIE<br>630 N BEAU CHENE DR APT 6<br>MANDEVILLE, LA 70471 |
| Debtor's Attorney: | ROBIN R DELEO<br>800 RAMON ST<br>MANDEVILLE, LA 70448 |
| Chapter 13 Trustee: | S. J. BEAULIEU, JR.<br>433 METAIRIE ROAD<br>Buffalo, NY 14202-4111 |

by submitting electronically with the court.

This_____03rd___day of_____November_____, 2008.

JEFFERSON CAPITAL SYSTEMS LLC

By: _____/s/ Amy Payment_____
Amy Payment, Bankruptcy Manager

JEFFERSON CAPITAL SYSTEMS LLC
Assignee for FOURSCORE RESOURCE CAPITAL LLC
16 McLeland Road
St. Cloud, MN 56303
(800) 928-7314