# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| PATRICIA CURRIE<br>630-6 N BEAU CHENE DR<br>MANDEVILLE LA 70471 | 08-11430<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

Failure to provide information on the alleged property located in Folsom, LA as stated in letter dated 1/28/09.

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, by 12:00 p.m. no later than eight days before the scheduled hearing. If an objection is timely filed and served, a hearing on the motion shall be held on:

March 24, 2009 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Attorney for debtor:

ROBIN R DELEO
800 RAMON ST
MANDEVILLE LA 70448

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

### Certificate of Service

I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor ✓ _____ Atty _____
Creditor Donnie Floyd _____ Employer _____
S J Beaulieu, Jr. Trustee

By: _____ Date: 2/19/09

- 23 -