UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 08-11430 |
| PATRICIA CURRIE | CHAPTER 13 |
| DEBTOR | SECTION "A " |

**OBJECTION TO PROOF OF CLAIM # 5 FILED BY
FAIRWAY VILLAS I HOMEOWNERS ASSOCIATION**

NOW INTO COURT, appearing through undersigned counsel, comes, Patricia Currie, debtor in the above entitled action, who objects to the Proof of Claim # 5 filed by Fairway Villas I Homeowners Association "(Fairway)" for the following reason:

1.

Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on June 20, 2008, which plan was confirmed on September 25, 2008.

2.

Fairway Villas I Homeowners Association filed an unsecured claim, Proof of Claim #5, in the amount of $12,147.92.

3.

Fairway Villas I Homeowners Association's proof of claim was paid and Debtor is working to verify with creditor so that the proof of claim may be withdrawn.

WHEREFORE, Debtors pray that this matter be set for hearing, and for all other relief as is equitable and just.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the Objection to Proof of Claim and Notice of Hearing for Objection to Proof of Claim has been served via electronic filing and/or mailed, postage prepaid this 9th day of September, 2009, to the following:

Office of the U.S. Trustee        USTPRegion05.NR.ECF@usdoj.gov

Chapter 13 Trustee                Ecf@ch13no.com

Fairway Villas I Homeowners Association
c/o Renee Achee
124 Lisa Lane
Mandeville, LA 70448

Fairway Villas I Homeowners Association
630 N Beau Chene Drive
Mandeville, LA 70471