**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 08-11430** |
| **PATRICIA CURRIE** | **CHAPTER 13** |
| **DEBTOR** | **SECTION "A"** |

**ORDER**

A hearing was held on October 13, 2009, upon the Debtor's Objection to Proof of Claim Number 5 filed by secured lender Fairway Villas.  Present at the hearing were:

Robin R. De Leo – Counsel for Debtor

Renee L. Achee – Counsel for Fairway Villas

Andrew Wiebelt, II – Counsel for the Chapter 13 Trustee

Considering the pleadings on file, the arguments of counsel, and for the reasons orally assigned,

**IT IS ORDERED** that the Debtor's Objection to Claim Number 5 filed by Fairway Villas is **GRANTED** and Claim Number 5 filed by Fairway Villas shall be **DISALLOWED** as such claim has been satisfied.

New Orleans, Louisiana, December 10, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge